## NO. CR14-305

| | | |
|---|---|---|
| STATE OF TEXAS | § | FILED IN<br>IN THE DISTRICT COURT<br>COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | |
| vs. | § | 5/11/2015 2:57:56 PM<br>4th JUDICIAL DISTRICT |
| | § | DEBBIE AUTREY |
| TEMIKA OWENS | § | Clerk RUSK COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Temika Owens, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered on April 29, 2015 against Temika Owens.

Respectfully submitted,

WILDER & WILDER
200 N. Main St.
Henderson, TX 75652
Tel: (903) 657-0561
Fax: (903) 657-5088

By: _____
Brent Wilder
State Bar No. 00785248
Attorney for Temika Owens

## CERTIFICATE OF SERVICE

This is to certify that on May 1, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Rusk County, 115 N. Main St., Suite 302, Henderson, Texas, by hand delivery.

_____
Brent Wilder

CAUSE NO. CR14-305

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | OF RUSK COUNTY, TEXAS |
| | § | |
| TEMIKA OWENS | § | 4TH JUDICIAL DISTRICT |

## ORDER APPOINTING COUNSEL FOR PURPOSE OF APPEAL

Pursuant to application for court appointed counsel for indigent defendant heretofore presented to the Court, and after having given the same due consideration, the Court is of the opinion that **JEFF T. JACKSON** be appointed appellant counsel for the purpose of appeal for the defendant in the above entitled and numbered cause.

IT IS THEREFORE ORDERED that **JEFF T. JACKSON**, licensed attorney, whose State Bar Number is **24069976** be and is appointed appellant counsel for the purpose of appeal for the Defendant in this cause.

Signed this the 11th day of May, 2015.

J. CLAY GOSSETT
JUDGE PRESIDING

FILED

2015 MAY 11 PM 2: 38

TERRI PIRTLE WILLARD
RUSK COUNTY DISTRICT CLERK

BY_____ DEPUTY